1006

[No. 27329-9-I.   Division One.   April 13, 1992.]

CHARLES SARVIS, ET AL, *Respondents,* v. LAND
RESOURCES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-2-07539-1, Robert C. Bibb, J.,
entered September 11, 1990. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Webster, A.C.J., and
Pekelis, J.

[No. 26297-1-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
MICHAEL KEITH, *Appellant.*

Appeal from a judgment of the Superior Court for
King County, No. 90-1-00174-8, Richard M. Ishikawa, J.,
entered May 8, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Pekelis and Agid, JJ.

[No. 26588-1-I.   Division One.   April 13, 1992.]

*In the Matter of the Marriage of* A. GRAHAM GREENLEE,
*Appellant, and* JULIA H. GREENLEE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81-3-06003-3, Warren Chan, J., entered April
13, 1990. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Coleman and Pekelis, JJ.

[No. 24831-6-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL
PAUL HORNER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-01819-1, Anne L. Ellington, J., entered
August 26, 1989. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Scholfield and Baker, JJ.